# EXHIBIT 30

**From:** Lee Ori lee@epicuremed.com
**Subject:** Questions
**Date:** May 24, 2020 at 5:16 PM
**To:** Michelle Jimenez michelle.jimenez@voyantbeauty.com, Michael Partridge michael.partridge@voyantbeauty.com, paul heslin pheslin@driftwoodgrove.com
**Cc:** Dan Reilly dan@epicuremed.com
**Bcc:** Sarah Simmers Sarah@foxholemed.com, Dan Courtney dan33courtney@gmail.com

Voyant Team,

As I expressed on our conference call this week, I'd very much like to work with you to ramp our production with your company. I would like to put an immediate plan in to action to do this and as such I have numerous questions for you.

- Michael indicated that you could do 2 billion units corporately. Being realistic, how quickly do you think you could ramp up across your facilities to say 50 million units a month? Of course, this is if you have alcohol and bottles handled.
- Alcohol - I know alcohol is a problem but you have been working with other manufacturers. What luck have you had here? I have introduced Paul to 3 different manufacturers recently of which two are telling me that they are working toward USP. If we could help you solve this problem, could you ramp up your other facilities faster?
- Packaging for resale - we are looking at the following sizes….2 ounce squeeze, 8 ounce pump, 16 ounce pump, 32 ounce pump, 64 ounce pump, 1 gallon jug with pump, 55 gallon drum, and tote.
    - What of these sizes would you be able to accommodate?
    - We can likely get the bulk sizes of 1 gallon and up somewhere else but obviously would rather not have.
    - As I told you, Dan has substantial sourcing connections and can facilitate this. I'd like to standardize these if at all possible.
- Co Packing - In the interim, would you consider being a co packer for us if we can get the product made in bulk elsewhere? We have a facility coming on line June 2 that can presently make 400,000 gallons a week and will scale up to 1 million gallons. Would this be something we can do while we ramp up your manufacturing?

Other Questions

- Soap - Do you presently or do have the ability to manufacture hand soap? The demand for these products are also growing exponentially.
    - Maybe even with BZK?????
- BZK Sanitizer
    - Would you be able to make the "standard" BZK water based sanitizer? We believe that this product will gain tremendous market share over the next several months and we would like to start down this path sooner rather than later. While we have another potential partner for this product I wanted to see what you thought about doing this.
    - BZK lotion - we have already talked about this but we think this would also be something that we need to evaluate moving forward.

I realize that we are working on s short week this week but if we could get some answers to these things I'd really appreciate it. We are presently evaluating 10 plus manufacturers but at the end of the day we really want to stay at Voyant.

Thank you,
Lee Ori, Pharm.D.

LEE ORI
Managing Partner, Epicure Medical, LLC.

t: 844-641-1616
m: 314-308-3037
e: lee@epicuremed.com

www.epicuremed.com

EPICURE MEDICAL

DEF0572