UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AWARE PRODUCTS LLC D/B/A VOYANT BEAUTY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:21-cv-00249-SEP |
| EPICURE MEDICAL LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order issued this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion for Summary Judgment, Doc. [101], is **GRANTED IN PART AND DENIED IN PART,** as set forth in the Court's Order, Doc. [123]. Plaintiff is entitled to judgment against Defendant Epicure in the amount of $1,420,233.26. Defendant Foxhole's liability has yet to be determined.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendants' Motion for Summary Judgment, Doc. [98], is **GRANTED IN PART AND DENIED IN PART,** as set forth in the Court's Order, Doc. [123].

Dated this 31st day of March, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE